Name: Charles Clark
Prison Number: F-74636
Current Address or Place of Confinement: P.O Box 2500
City, State, Zip Code: Susanville, California 96127

2254 ✓  1983 ___
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
JUN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Charles Clark,
(Full Name of Petitioner)
                                    PETITIONER

v.

Kathy Prosper (warden),
(Name of Warden, Superintendent, Jailor, or Authorized Person Having Custody of Petitioner (e.g., Director of the California Department of Corrections))
                                    RESPONDENT
and
People of the State of California
The Attorney General of the State of California, Additional Respondent.

Civil No. '08 CV 0989 W RBB
(To be filled in by Clerk of U.S. District Court)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: Superior Court, County of Los Angeles (Pomona South District)
2. Date of judgment of conviction: May 8, 2007
3. Trial court case number of the judgment of conviction being challenged: KA078839
4. Length of sentence: Four (4) years at 80% or (38 mos.)

CIV 68 (Rev. Dec. 1998)                                    K:\COMMON\FORMS\CIV-68

CR

5. Sentence start date and projected release date: __MAY 23rd, 2007 / June 10, 2008__

6. Offense(s) for which you were convicted or pleaded guilty (all counts): _____
   __Burglary 2nd (459)__
   __Prior Strike Enhancement (1170.12 and 667(b)-(i))__

7. What was your plea? (CHECK ONE)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury ☐
   (b) Judge only ☒

9. Did you testify at the trial?
   ☐ Yes ☒ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the California Court of Appeal?
    ☐ Yes ☒ No

11. If you appealed in the California Court of Appeal, answer the following:
    (a) Result: _____
    (b) Date of result, case number and citation, if known: _____
    (c) Grounds raised on direct appeal: _____

12. If you sought further direct review of the decision on appeal by the California Supreme Court (e.g., a Petition for Review), please answer the following:
    (a) Result: __Denied__
    (b) Date of result, case number and citation, if known: __May 14, 2008 / S158621__
    ✱ (c) Grounds raised: __None__

13. If you filed a petition for certiorari in the <u>United States Supreme Court</u>, please answer the following with respect to that petition:
    (a) Result: _____
    (b) Date of result, case number and citation, if known: _____
    
    (c) Grounds raised: _____


## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Superior Court</u>?
    ☒ Yes  ☒ ~~No~~

15. If your answer to #14 was "Yes," give the following information:
    (a) <u>California Superior Court</u> Case Number: KA078839
    (b) Nature of proceeding: Writ of habeas Corpus
    (c) Grounds raised:
        1) Ineffective Assistance of Counsel
        2) Unauthorized Sentence Enhancement
        3) 6th & 14th Amendment Violation of USC
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: Denied
    (f) Date of result: July 2007

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Court of Appeal</u>?
    ☒ Yes  ☐ No

17. If your answer to #16 was "Yes," give the following information:
    (a) California Court of Appeal Case Number: B-201778 (2d District)
    (b) Nature of proceeding: Writ of habeas Corpus petitioning the Sentence
    (c) Grounds raised:
        1) Ineffective Assistance of Counsel
        2) The imposition of an unauthorized sentencing enhancement
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: Denied without points and Authorities
    (f) Date of result: September 2007

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Supreme Court?
    ☒ Yes  ☐ No

19. If your answer to #18 was "Yes," give the following information:
    (a) California Supreme Court Case Number: S158621
    (b) Nature of proceeding: Writ of habeas Corpus petitioning the sentence
    (c) Grounds raised:
        1) Ineffective Assistance of Counsel
        2) The imposition of an unauthorized Sentencing enhancement
        3) Prior Strike Washout Period
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: Denied without points and Authorities
    (f) Date of result: May 14, 2008

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

I was Out to Court from Lassen County in Superior Court San Bernardino County City of Chino. The time had lapsed terminating my opportunity to file.

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your first federal petition for writ of habeas corpus challenging this conviction?
    ☒ Yes ☐ No    (If "Yes" Skip to #22)
    (a) If no, in what federal court was the prior action filed? _____
        (i) What was the prior case number? _____
        (ii) Was the prior action (Check One):
            ☐ Denied on the merits?
            ☐ Dismissed for procedural reasons?
        (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

<u>CAUTION</u>:
- <u>Exhaustion of State Court Remedies:</u> In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- <u>Single Petition:</u> If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- <u>Factual Specificity:</u> You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: The petitioners 6th Amendment right of the United States Constitution was violated where by he signed a plea aggreement per prosecutions offer due to ineffective assistance of counsel

Supporting FACTS (state *briefly* without citing cases or law) Petitioner was arrested for attempting to shoplift a portable DVD player, and charged with Second Degree Burglary. He was informed by counsel that he was a 3rd Striker with a maximum exposure of 25 years to life. Counsel made no effort to protect the petitioners rights, privileges, and immunities against a prior conviction charge (dated 9-17-91) well over 10 years ago. The petitioner was free of prison custody and the commission of a new felony for over 10 years. This amounts to a washout period. Instead he recieved 2 years for Burglary 2nd and 2 additional years for a prior conviction dated 9-17-91. 1170.12 (iii)(E) and 1192.7 prohibit plea barging by the prosecution concerning determinant sentencing.

Did you raise GROUND ONE in the California Supreme Court?
☒ Yes ☐ No.

(b) **GROUND TWO**: 14th Amendment right violation of the United States Constitution where by the trial Court imposed an unauthorized sentencing for a non-violent non-serious offense

Supporting FACTS (state *briefly* without citing cases or law): Petitioner contends as an alledged "STRIKER" he was denied a STRIKE hearing upon his request. The trial Court imposed the double the base term rule based on counsels deliberate investigatory ommission which prejudiced him at the sentencing phase of the proceedings. He had factual and meritourious history concerning grounds for dismissal of prior conviction enhancement. In the past he suffered a conviction for second Degree Robbery which he paid his debt to Society (64 mos.) In state prison 1991-1996 He was on parole for 13 mos. discharged violation free in 1997. This is his second prison term.

Did you raise GROUND TWO in the California Supreme Court?
☒ Yes ☐ No.

CIV 68 (Rev. Dec. 1998)                            -7-                       K:\COMMON\FORMS\CIV-68.

(c) **GROUND THREE**: Violation of The California Constitution Article I Section 28 F under proposition 8

Supporting FACTS (state *briefly* without citing cases or law): This Section bars the use of the double the base term rule for Non-violent second term offenders After having suffered A prior serious felony conviction.

Did you raise GROUND THREE in the California Supreme Court?

☒ Yes ☐ No.

(d) **GROUND FOUR**: Superior Court of California Los Angeles County Pomona South was in violation of Statutory Law under 1170.12 (iii)(E) / 1192.7(B)

Supporting FACTS (state *briefly* without citing cases or law): ___

According to these laws there are plea bargining limitation concerning prior felony convictions which states plea bargining shall not be used by the prosecution. These charges must be proven. The petitioner's prior conviction dated 9-17-91 was per plea agreement.

Did you raise GROUND FOUR in the California Supreme Court?

☐ Yes ☒ No.

23. Do you have any petition or appeal now pending in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes ☒ No

24. If your answer to #23 is "Yes," give the following information:
   (a) Name of Court: _____
   (b) Case Number: _____
   (c) Date action filed: _____
   (d) Nature of proceeding: _____
   (e) Grounds raised: _____

   (f) Did you receive an evidentiary hearing on your petition, application or motion?
   ☐ Yes ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
   (a) At preliminary hearing: Rita Smith, Los Angeles County (Pomona California)
   (b) At arraignment and plea: Rita Smith, Los Angeles County (Pomona California)
   (c) At trial: I signed a plea bargin agreement
   (d) At sentencing: Rita Smith, Los Angeles County (Pomona California)
   (e) On appeal: N/A
   (f) In any post-conviction proceeding: N/A
   (g) On appeal from any adverse ruling in a post-conviction proceeding: N/A

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    ☐ Yes  ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    ☐ Yes  ☒ No
    (a) If so, give name and location of court that imposed sentence to be served in the future: _____
    
    (b) Give date and length of the future sentence: _____
    
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    ☐ Yes  ☒ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____
    MAY 28th 2008

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

MAY 28th 2008           Charles Clark
    (DATE)              SIGNATURE OF PETITIONER

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Charles Clark

DEFENDANTS

Prosper, et al

FILED
JUN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Lassen
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Charles Clark
PO Box 2500
Susanville, CA 96127
F-74636

ATTORNEYS (IF KNOWN)

'08 CV 0989 W RBB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $ _____

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  JUDGE _____  Docket Number _____

DATE  6/2/2008

SIGNATURE OF ATTORNEY OF RECORD
R Miller

CR