PLAINTIFF/PETITIONER/MOVANT'S NAME **Charles Clark**

PRISON NUMBER **F-74636**

PLACE OF CONFINEMENT **California Correctional Center**

ADDRESS **P.O Box 2500 Susanville, California 96127**

**FILED**
JUN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓  Pro Se ___

# United States District Court
## Southern District of California

**Charles Clark**,
Plaintiff/Petitioner/Movant

v.

**People of The State of California**,
Defendant/Respondent

Civil No. **'08 CV 0989 W RBB**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, **Charles Clark** declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒Yes ☐No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?           ☐ Yes ☒ No
   Do you receive any payment from the institution?   ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                     ::ODMA\PCDOCS\WORDPERFECT\22835\1

CR

2. Are you currently employed?  Yes  (No)
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Albertson's Date Palm Road, Cathedral City California
   $9.00 per hour X 25-30 hrs weekly from June of 2006
   to September of 2006

3. In the past twelve months have you received any money from an[y] of the following sources?:
   a. Business, profession or other self-employment    ___Yes  X No
   b. Rent payments, royalties interest or dividends   ___Yes  X No
   c. Pensions, annuities or life insurance            ___Yes  X No
   d. Disability or workers compensation               ___Yes  X No
   e. Social Security, disability or other welfare     ___Yes  X No
   e. Gifts or inheritances                            ___Yes  X No
   f. Spousal or child support                         ___Yes  X No
   g. Any other sources                                ___Yes  X No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____
   _____

4. Do you have any checking account(s)?  ___Yes  X No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ___Yes  X No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?  ___Yes  X No
   a. Make:            Year:            Model:
   b. Is it financed? ___Yes  ___No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   NONE

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   $1233.00 — Court fees and Restitution for State of California Superior Court

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):  NONE

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

   I am incarcerated, state takes care of me.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____          *Charles Clark*
DATE                                SIGNATURE OF APPLICANT

CIV-67 (Rev. 9/97)                -3-              ::ODMA\PCDOCS\WORDPERFECT\22835\1

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Charles T. Clark__,
(NAME OF INMATE)

__F-74636__,
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at __California Correctional Center__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __.61¢__,

and the *average monthly deposits* to the applicant's account was $ __0__

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__5/27/08__
DATE

_[signature]_
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Charene J. Ringo__
OFFICER'S FULL NAME (PRINTED)

__Accounting Technician__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)    -4-    ::ODMA\PCDOCS\WORDPERFECT\22835\1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA CORRECTIONAL CENTER
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 27, 2007 THRU MAY 27, 2008

ACCOUNT NUMBER : F74636            BED/CELL NUMBER: AU8500000000018U
ACCOUNT NAME   : CLARK, CHARLES TATE    ACCOUNT TYPE: I
PRIVILEGE GROUP: A

## TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 11/27/2007 | | BEGINNING BALANCE | | | | | 3.67 |
| 12/04 | W512 | LEGAL POSTAGE | 2119 LGLMA | | | 1.31 | 2.36 |
| 12/27 | W512 | LEGAL POSTAGE | 2492 LGLMA | | | 2.36 | 0.00 |

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 05/08/2008 | H109 | LEGAL POSTAGE HOLD | 4547 LGLMA | 0.41 |
| 05/16/2008 | H109 | LEGAL POSTAGE HOLD | 4692 LGLMA | 0.41 |
| 05/16/2008 | H109 | LEGAL POSTAGE HOLD | 4692 LGLMA | 0.41 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 3.67 | 0.00 | 3.67 | 0.00 | 1.23 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------------
1.23-

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] TRUST OFFICE