# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101–8900
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

June 11, 2008

Clerk, U.S. District Court
Central District of California, Western Division
312 North Spring Street
Los Angeles, CA 90012–4701

Re: Charles Clark v. Kathy Prosper, Case No. 3:08–cv–00989–W–RBB

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

    Sincerely yours,

    W. Samuel Hamrick, Jr.,
    Clerk of the Court

    By: s/ A. Everill, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

FILED
08 JUN 10 AM 11:56
CLERK U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CLARK,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>KATHY PROSPER, Warden, et al.,<br><br>　　　　　　Respondents. | Civil No.  08cv0989-W (RBB)<br><br>**ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION** |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a conviction from the Los Angeles County Superior Court. In accordance with the practice of district courts in California, the Court transfers the Petition to the United States District Court for the Central District of California, Western Division.

A petition for writ of habeas corpus may be filed in the United States District Court of the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. See 28 U.S.C. § 2241(d); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 497 (1973). Petitioner here attacks a conviction suffered in the Los Angeles County Superior Court. (Pet. at 1.) That court is located in Los Angeles County, which is within the jurisdictional boundaries of the United States District Court for the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Petitioner is presently confined at the California Correctional Center in Susanville, California. That prison is located in Lassen

1  County, which is within the jurisdictional boundaries of the United States District Court for the
2  Eastern District of California. <u>See</u> 28 U.S.C. § 84(b). Jurisdiction over this Petition thus exists
3  in the Central District, Western Division, and in the Eastern District. <u>See</u> 28 U.S.C. § 2241(d).
4      Although this Court does not have jurisdiction over the action, "[u]nder a provision of
5  the Federal Courts Improvement Act, 28 U.S.C. § 1631, if a court finds that there is a want of
6  jurisdiction the court shall transfer the action to any other such court in which the action could
7  have been brought 'if it is in the interest of justice.'" <u>Miller v. Hambrick</u>, 905 F.2d 259, 262 (9th
8  Cir. 1990) (citing <u>In re McCauley</u>, 814 F.2d 1350, 1351-52 (9th Cir. 1987)). The Ninth Circuit
9  has held that transferring a habeas corpus proceeding to a district with proper jurisdiction will
10 be in the interest of justice because normally dismissal of an action that could be brought
11 elsewhere is "time-consuming and justice-defeating." <u>Miller</u>, 905 F.2d at 262 (quoting
12 <u>Goldlawr, Inc. v. Heiman</u>, 369 U.S. 463, 467 (1962). Therefore, pursuant to 28 U.S.C. § 1631,
13 this Court may transfer this proceeding to a district with proper jurisdiction under 28 U.S.C.
14 § 2241(d). It is generally the practice of the district courts in California to transfer habeas
15 actions challenging a state conviction to the district in which a petitioner was convicted. Any
16 and all records, witnesses and evidence necessary for the resolution of a petitioner's contentions
17 are more readily available in that district. <u>See</u> <u>Braden</u>, 410 U.S. at 497, 499 n.15; <u>Laue v.</u>
18 <u>Nelson</u>, 279 F. Supp. 265, 266 (N.D. Cal. 1968). In this case, that district is the Central District
19 of California, Western Division. Therefore, in the furtherance of justice,
20      **IT IS ORDERED** that the Clerk of this Court transfer this matter to the United States
21 District Court for the Central District of California, Western Division. <u>See</u> 28 U.S.C. § 2241(d).
22      **IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this Order
23 upon Petitioner and upon the California Attorney General.
24 DATED: 6/5/08

                                           Hon. Thomas J. Whelan
                                           United States District Judge

CC:    ALL PARTIES