

cacd_ecfmail@cacd.uscourts.gov

06/12/2008 04:22 PM

To  InterdistrictTransfer_CASD@casd.uscourts.gov

cc

bcc

Subject  Transferred case has been opened

```
CASE: 3:08-cv-00989

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
CALIFORNIA
as case 2:08-cv-03848, filed 06/12/2008.
```